AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 06, 2022**

SEAN F. McAVOY, CLERK

LINDSEY K.,

_Plaintiff_

v.

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY,

_Defendant_

Civil Action No.  1:20-CV-03176-JAG

## JUDGMENT IN A CIVIL ACTION

The court has ordered that _(check one)_:

☐ the plaintiff _(name)_ _____ recover from the defendant _(name)_ _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant _(name)_ _____ recover costs from the plaintiff _(name)_ _____ .

☑ other: Defendant's Motion for Summary Judgment (ECF No. 21) is GRANTED.
Plaintiff's Motion for Summary Judgment (ECF No. 20) is DENIED.
Judgment is entered for Defendant.

This action was _(check one)_:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  James A. Goeke  on motions for Summary Judgment.

Date: 9/6/2022

CLERK OF COURT

SEAN F. McAVOY

s/ Lee Reams

_(By) Deputy Clerk_

Lee Reams